## MARX *v.* MANHATTAN RY. CO.

*(Circuit Court, New York County.*   November 28, 1888.)

COSTS—SUITS IN FORMA PAUPERIS—EXTRA ALLOWANCE.

Where a person suing *in forma pauperis* has agreed to pay his attorney a reasonable compensation out of the recovery, which is substantial, an extra allowance should be denied.

Action by Pierce Marx against the Manhattan Railway Company for personal injuries. Plaintiff sued *in forma pauperis*, and obtained judgment. Motion by plaintiff for an extra allowance.

*Aaron Kahne*, for plaintiff.   *Davies, Cole & Rapallo*, for defendant.

BARRETT, J.   As the plaintiff sued as a poor person, no costs could have been recovered against him, nor could the court have granted an extra allowance against him. Under such circumstances, it does not seem to be just to burden the defendant with an extra allowance. The attorney for the plaintiff testified that in the common pleas action he had an agreement for one-quarter of the recovery, and that in the present action he was to receive a reasonable compensation for his services. The plaintiff can therefore recompense him out of the recovery, which is substantial. In my judgment, therefore, the application for an extra allowance should be denied.